# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131664
131665
& (76)
(77)

IN RE CONTEMPT OF MARK ALLEN
MURDOCK

_____/

AMERICAN AXLE & MANUFACTURING,
      Plaintiff-Appellee,

v

MARK ALLEN MURDOCK and JUANITA
DENISE MURDOCK,
      Defendants-Appellants.

_____/

SC: 131664, 131665
COA: 262786, 265111
Wayne CC: 03-320706-CZ

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 3, 2006 and June 14, 2006 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

l0821